GINA M. CHANG, Bar No. 260747
gchang@littler.com
NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendants
CRONOUS SOLUTIONS INC.,
EIS TECHNOLOGIES, SWAPNA PASHAM,
KIRAN PASHAM and NAVEEN MIGLANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHYA VINAYAGAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRONOUS SOLUTIONS INC., a Delaware Corporation; EIS TECHNOLOGIES, a Georgia Corporation; SWAPNA PASHAM, an individual; KIRAN PASHAM, an individual; NAVEEN MIGLANI, an individual, and DOES 1-25,<br><br>Defendants. | Case No. C 09-06087 JW<br><br>**AGREED STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER** |

The parties, by their undersigned counsel, stipulate and agree that Defendants shall have a three-week extension of time, from January 6, 2010 to January 27, 2010, to answer the Complaint or otherwise respond.

| | |
|---|---|
| Dated: January 5, 2010 | Respectfully submitted,<br><br>/s/ Gina M. Chang<br>GINA M. CHANG<br>LITTLER MENDELSON<br>A Professional Corporation<br>Attorneys for Defendants<br>CRONOUS SOLUTIONS INC.,<br>EIS TECHNOLOGIES, SWAPNA PASHAM,<br>KIRAN PASHAM and NAVEEN MIGLANI |
| Dated: January 5, 2010 | Respectfully submitted,<br><br>JACQUETTA M. LANNAN<br>PIERCE & SHEARER LLP<br>A Professional Corporation<br>Attorneys for Plaintiff<br>NITHYA VINAYAGAM |

**ORDER**

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation and extends the time for Defendants to answer or otherwise plead by three weeks, from January 6, 2010 to January 27, 2010.

IT IS SO ORDERED.

DATED: January 6, 2010

UNITED STATES DISTRICT COURT JUDGE

Firmwide:93541173.1 064384.1001     2.     Case No. C 09-06087 JW

AGREED STIP. TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR RESPOND TO THE COMPLAINT, AND [PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150