| | |
|---|---|
| 1 | GINA M. CHANG, Bar No. 260747 |
| | gchang@littler.com |
| 2 | NATHALIE A. LE NGOC, Bar No. 254376 |
| | nlengoc@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 50 West San Fernando Street |
| | 15th Floor |
| 5 | San Jose, CA 95113.2303 |
| | Telephone: 408.998.4150 |
| 6 | Fax No.: 408.288.5686 |
| 7 | Attorneys for Defendants |
| | CRONOUS SOLUTIONS INC., |
| 8 | EIS TECHNOLOGIES, SWAPNA PASHAM, |
| | KIRAN PASHAM and NAVEEN MIGLANI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHYA VINAYAGAM, an individual, | Case No. C 09-06087 JW |
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER** |
| v. | |
| CRONOUS SOLUTIONS INC., a Delaware Corporation; EIS TECHNOLOGIES, a Georgia Corporation; SWAPNA PASHAM, an individual; KIRAN PASHAM, an individual; NAVEEN MIGLANI, an individual, and DOES 1-25, | |
| Defendants. | |

The parties, by their undersigned counsel, stipulate and agree to the following briefing schedule for Defendants' Motion to Dismiss, or Alternatively, to Transfer Venue, set for hearing on April 12, 2010, as follows:

Deadline for Plaintiff to file an Opposition to Defendants' Motion is 3/12/10; and

Deadline for Defendants to file their Reply Brief is 3/26/10.

Firmwide:93861596.1 064384.1001  Case No. C 09-06087 JW

STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Dated: January 28, 2010		Respectfully submitted,

		*/s/ Gina M. Chang*
		GINA M. CHANG
		LITTLER MENDELSON
		A Professional Corporation
		Attorneys for Defendants
		CRONOUS SOLUTIONS INC.,
		EIS TECHNOLOGIES, SWAPNA PASHAM,
		KIRAN PASHAM and NAVEEN MIGLANI

Dated: January 28, 2010		Respectfully submitted,

		*/s/ Jacquetta M. Lannan*
		JACQUETTA M. LANNAN
		PIERCE & SHEARER LLP
		A Professional Corporation
		Attorneys for Plaintiff
		NITHYA VINAYAGAM

## ORDER

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation. The Plaintiff's deadline to file their Opposition to Defendants' Motion to Dismiss, or Alternatively, to Transfer Venue is now set for March 12, 2010. The Defendants' deadline to file their Reply Brief is now set for March 26, 2010.

IT IS SO ORDERED.

DATED: February 1, 2010		_____
		UNITED STATES DISTRICT COURT JUDGE

Firmwide:93861596.1 064384.1001		2.		Case No. C 09-06087 JW
STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150