1  GINA M. CHANG, Bar No. 260747
   gchang@littler.com
2  NATHALIE A. LE NGOC, Bar No. 254376
   nlengoc@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street
   15th Floor
5  San Jose, CA  95113.2303
   Telephone:    408.998.4150
6  Fax No.:       408.288.5686

7  Attorneys for Defendants
   CRONOUS SOLUTIONS INC.,
8  EIS TECHNOLOGIES, SWAPNA PASHAM,
   KIRAN PASHAM and NAVEEN MIGLANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITHYA VINAYAGAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRONOUS SOLUTIONS INC., a Delaware Corporation; EIS TECHNOLOGIES, a Georgia Corporation; SWAPNA PASHAM, an individual; KIRAN PASHAM, an individual; NAVEEN MIGLANI, an individual, and DOES 1-25,<br><br>Defendants. | Case No.  C 09-06087 JW<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER** |

The parties, by their undersigned counsel, stipulate and agree to the following briefing schedule for Defendants' Motion to Dismiss, or Alternatively, to Transfer Venue, set for hearing on April 12, 2010, as follows:

Deadline for Plaintiff to file an Opposition to Defendants' Motion is 3/12/10; and

Deadline for Defendants to file their Reply Brief is 3/26/10.

Firmwide:93861596.1 064384.1001                                    Case No.  C 09-06087 JW

STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER

1  Dated: January 28, 2010                          Respectfully submitted,

3                                                   /s/  Gina M. Chang
4                                                   GINA M. CHANG
                                                    LITTLER MENDELSON
5                                                   A Professional Corporation
                                                    Attorneys for Defendants
6                                                   CRONOUS SOLUTIONS INC.,
                                                    EIS TECHNOLOGIES, SWAPNA PASHAM,
                                                    KIRAN PASHAM and NAVEEN MIGLANI

8  Dated: January 28, 2010                          Respectfully submitted,

10                                                  /s/  Jacquetta M. Lannan
                                                    JACQUETTA M. LANNAN
11                                                  PIERCE & SHEARER LLP
                                                    A Professional Corporation
12                                                  Attorneys for Plaintiff
                                                    NITHYA VINAYAGAM

### ORDER

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation. The Plaintiff's deadline to file their Opposition to Defendants' Motion to Dismiss, or Alternatively, to Transfer Venue is now set for March 12, 2010. The Defendants' deadline to file their Reply Brief is now set for March 26, 2010.

IT IS SO ORDERED.

DATED: __February 1, 2010__                         _____
                                                    UNITED STATES DISTRICT COURT JUDGE

Firmwide:93861596.1 064384.1001        2.                    Case No.  C 09-06087 JW

STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, OR
ALTERNATIVELY, TO TRANSFER VENUE, AND [PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150